AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**America PULIDO-Ramon** | ) ) ) ) ) ) ) |
| _Defendant(s)_ | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____**March 24, 2026**_____ in the county of _____**Webb**_____ in the

_____**Southern**_____ District of _____**Texas**_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the United States Attorney General (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about March 24, 2026 the defendant America PULIDO-Ramon was apprehended near Laredo, Texas. After a brief interview it was determined that, America PULIDO-Ramon was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that America PULIDO-Ramon was previously REMOVED from the United States on 01/31/2026 at Del Rio, TX. There is no record that America PULIDO-Ramon has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Anthony Guzman
_Complainant's signature_

Anthony Guzman      Border Patrol Agent
_Printed name and title_

Submitted by reliable electronic means
per Fed.R.Crim.P. 4.1, Anthony Guzman
sworn to on March 25, 2026,
at Laredo, Texas.

Brian C. Bajew
United States Magistrate Judge