United States District Court
Southern District of Texas

**ENTERED**

March 24, 2026

Nathan Ochsner, Clerk

## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:  America PULIDO-Ramon

I, Abigail Gerth, declare and state as follows:

On or about March 24, 2026 the defendant America PULIDO-Ramon was apprehended near Laredo, Texas.  After a brief interview it was determined that, America PULIDO-Ramon was an undocumented alien from Mexico and subsequently placed under arrest.  Further investigation revealed that America PULIDO-Ramon was previously REMOVED from the United States on 01/31/2026 at Del Rio, TX.  There is no record that America PULIDO-Ramon has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 24th day of March 2026 at Laredo, Texas.

Abigail Gerth
Border Patrol Agent
United States Border Patrol