## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                        Case Number: 5:26–mj–01084

America Pulido–Ramon

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Song Quiroga

**PLACE:**
Courtroom 2B
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 4/1/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Preliminary Exam Hearing

Date:    March 25, 2026

Nathan Ochsner, Clerk