United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA

vs

America Pulido–Ramon
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:26–mj–01084

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for April 1, 2026 at 10:00 AM before United States Magistrate Judge Diana Song Quiroga at 1300 Victoria, Courtroom 2B, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Brian C. Bajew
United States Magistrate Judge

Date: **March 25, 2026**