United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 5:26–mj–01084 |
| | § | |
| | § | |
| America Pulido–Ramon | § | |
| | § | |

### ORDER OF DETENTION PENDING TRIAL

Defendant appeared at an Initial Appearance Hearing and has waived the right to a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). As such, Defendant is ORDERED detained. Should additional evidence come to light, or conditions become available that would materially affect this Court's ruling, Defendant may request a hearing.

Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Signed on the 25th of March 2026.

Brian C. Bajew
United States Magistrate Judge